IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JOEVAN BOWEN, | ) | No. C 15-2895 LHK (PR) |
| Petitioner, | ) | ORDER OF DISMISSAL |
| v. | ) | |
| WARDEN WILLIAM MUNIZ, | ) | |
| Respondent. | ) | |

On June 22, 2015, petitioner, a state prisoner proceeding *pro se*, filed a federal writ of habeas corpus and an application for leave to proceed in forma pauperis ("IFP"). On October 30, 2015, the court denied petitioner's motion for leave to proceed IFP, and issued an order to show cause to respondent. The court ordered petitioner to pay the $5.00 filing fee within thirty days or face dismissal of this action. To date, petitioner has not paid the filing fee, or otherwise communicated with the court. As more than thirty days have passed since petitioner was instructed to pay the filing fee, this case is DISMISSED without prejudice. The Clerk shall terminate all pending motions and close the case.

IT IS SO ORDERED.

DATED: 1/4/2016

LUCY H. KOH
United States District Court Judge

Order of Dismissal
P:\PRO-SE\LHK\HC.15\Bowen895failpay.wpd